IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

DAMIAN KIRBY
Reg.# 04620-061                                                                    PLAINTIFF

v.                            No. 2:12-cv-162-DPM

T.C. OUTLAW, Warden, FCI–Forrest City *et al.*                  DEFENDANTS

## JUDGMENT

Kirby's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

8 January 2013